# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| AKEEM HARRIS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-0843-S-BK |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Objections were filed. In connection with the Objections, Plaintiff requested leave to amend the Complaint. The Magistrate Judge granted that request, *see* ECF No. 23, and the Court later extended the deadline for Plaintiff to amend to September 8, 2023, *see* ECF No. 25. That deadline has passed, and Plaintiff has not filed an amended complaint.

The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED September 20, 2023.

_____
**UNITED STATES DISTRICT JUDGE**